UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIVIA M. SCOTTO,

    Plaintiff,

v.                                          CASE NO. 8:18-cv-1430-T-23MAP

JESSICA MARIE MCCLEAN, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge recommends (Doc. 5) denying Livia M. Scotto's motion (Doc. 2) to proceed *in forma pauperis* and recommends dismissing the complaint (Doc. 1).* More than fourteen days has passed, and no party objects. Accordingly, the report and recommendation (Doc. 5) is **ADOPTED**. For the reasons stated in the report and recommendation, Scotto's motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**, and this action is **DISMISSED**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on July 11, 2018.

                                                                     STEVEN D. MERRYDAY
                                                            UNITED STATES DISTRICT JUDGE

---

    * The magistrate finds that the complaint is "wholly insubstantial" and "utterly devoid of merit[.]" (Doc. 5 at 3) "[B]ecause it is frivolous and amendment would be futile, I recommend that Plaintiff's complaint be dismissed." (Doc. 5 at 3)